Donald M. Friedman, 2005034994
1125 Third Street
Napa, CA 94559-3015

Plaintiff Pro Se

FILED

DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## In the United States District Court
## for the District of Columbia

Donald M. Friedman
2005034994
Napa County Jail
1125 Third Street
Napa, CA 94559-3015,
    Plaintiff,

v.

U.S. Secret Service
1800 G Street, NW
Washington, DC 20223,
    Defendant.

Case No.:

Complaint for Declaratory and Injunctive Relief Under 5 U.S.C. § 552 (FOIA)

CASE NUMBER  1:06CV02124

JUDGE: Richard W. Roberts

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/14/2006

## Complaint

### Introduction

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552,

RECEIVED

OCT 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AS AMENDED, ~~HERITAGE PRIVACY ACT, 5 U.S.C.~~ [5]

~~SECTION 552 AS AMENDED~~ [?] TO COMPEL THE UNITED

STATES SECRET SERVICE ("DEFENDANT") TO

PRODUCE COPIES OF <u>ANY AND ALL</u> FILES,

RECORDS, DOCUMENTS, INFORMATION, PHOTOS,

RECORDINGS, RESEARCH MATERIALS (INCLUDING

RESULTS), AND PURCHASING AND ANY OTHER

CONTRACT-RELATED INFORMATION RELATED TO

OR REFERRING TO <u>ANY</u> U.S. SECRET SERVICE

(OR U.S. SECRET SERVICE EMPLOYEE)

DEVELOPMENT OF, ACQUISITION OF (INCLUDING

POSSESSION OF), INSTALLATION OF, DEPLOYMENT

OF (INCLUDING USE OF), TESTING OF, RESEARCH

2.

RELATED TO, AND/OR INVESTIGATION OR
EVALUATION OF THE CAPABILITIES, PROPERTIES,
AND/OR EFFECTS OF ANY:

1) DIRECTED ENERGY WEAPONS OR SYSTEMS
(INCLUDING ANY AND ALL PARTS OR COMPONANTS
THEREOF); AND/OR

2) DIRECTED ENERGY DEVICES OR SYSTEMS
(INCLUDING ANY AND ALL PARTS OR COMPONANTS
THEREOF); AND/OR

3) ELECTROMAGNETIC RADIATION - EMITTING
DEVICES OR SYSTEMS (INCLUDING ANY AND
ALL PARTS OR COMPONANTS THEREOF) WHICH
ARE CAPABLE OF CAUSING ANY INJURY OR

3.

PERCEPTION OF PHYSICAL PAIN IN ANY PERSON

WHO IS HIT OR STRUCK BY THE DEVICE'S

OR SYSTEM'S EMISSIONS.


## PARTIES

2. PLAINTIFF, DONALD M. FRIEDMAN, IS OVER 18

YEARS OLD, A CITIZEN OF THE STATE OF

CALIFORNIA, AND IS INCARCERATED AS AN

UNSENTENCED, PRE-TRIAL, PRO SE INMATE

AT THE NAPA COUNTY JAIL, NAPA, CALIFORNIA.

THE PLAINTIFF IS THE REQUESTER OF THE

RECORDS.


3. DEFENDANT, U.S. SECRET SERVICE, AN

4.

AGENCY WITHIN THE U.S. DEPARTMENT OF

HOMELAND SECURITY (AN EXECUTIVE DEPARTMENT

OF THE UNITED STATES), HAS POSSESSION AND/OR

CONTROL OVER ALL OF THE RECORDS, ETC. THE

PLAINTIFF SEEKS. THE DEFENDANT IS AN

AGENCY WITHIN THE MEANING OF 5 U.S.C. §

552(f).

### JURISDICTION AND VENUE

4. THIS COURT HAS JURISDICTION OVER THIS ACTION

PURSUANT TO 5 U.S.C. § 552 (a)(4)(B).  VENUE

IS PROPER IN THIS COURT PURSUANT TO 5

U.S.C. § 552 (a)(4)(B).

## COUNT 1

5. FROM SHORTLY AFTER PRESIDENT JOHN F.

KENNEDY'S ASSASSINATION ON NOVEMBER

23, 1963, WHEN THE U.S. SECRET SERVICE'S

DIRECTOR, JAMES J. ROWLEY, CREATED THE

U.S. SECRET SERVICE PROTECTIVE RESEARCH

DIVISION, THE DEFENDANT HAS MADE A

CONSTANT AND PERSISTANT EFFORT TO

RESEARCH, DEVELOP, INVESTIGATE, TEST,

USE, EVALUATE, AND /OR ATTEMPT TO CREATE

COUNTERMEASURES FOR EVERY TYPE OF

WEAPON, DEVICE, TECHNOLOGY, AND TECHNIQUE

KNOWN TO MANKIND WHICH COULD POSE A

6.

SUBSTANTIAL THREAT TO THE HEALTH, SAFETY,

OR SELF-CONTROL OF ANY PERSON DEFINED AS

A "PROTECTEE" UNDER 18 U.S.C. § 3056. AS A

RESULT OF THESE ACTIVITIES, WHICH WERE

PERIODICALLY STEPPED-UP AS A RESULT OF

TRAGIC EVENTS IN U.S. HISTORY SUCH AS

THE ASSASSINATION OF PRESIDENTIAL

CANDIDATE ROBERT KENNEDY IN 1968 AND

THE NEARLY SUCCESSFUL ATTEMPTED

ASSASSINATION OF PRESIDENT RONALD REAGAN

IN 1981, THE DEFENDANT'S PROTECTIVE RESEARCH

DIVISION AND, /OR PROTECTIVE OPERATIONS DIVISION

BEGAN TO SECRETLY RESEARCH, DEVELOP, TEST,

7.

INVESTIGATE, EVALUATE, USE, DEPLOY, AND/OR

ATTEMPT TO CREATE COUNTERMEASURES AND

DETECTION METHODS FOR DIRECTED-ENERGY

WEAPONS ("DEWS"), DIRECTED-ENERGY

SYSTEMS, OTHER DIRECTED ENERGY DEVICES

(INCLUDING, BUT NOT LIMITED TO ELECTROMAGNETIC

RADIATION-BASED, WALL-PENETRATING AUDIO

AND VISUAL/VIDEO (ELECTRONIC) SURVEILLANCE

TECHNOLOGIES, LASER AND/OR WALL-PENETRATING MICROWAVE

MICROPHONE TECHNOLOGIES, WALL/CLOTHING-

PENETRATING WEAPON DETECTION TECHNOLOGIES,

OCCULAR/RETINAL IMAGE/VIDEO PROJECTION

TECHNOLOGIES, FOCUSED (TIGHT OR NARROW-BEAM)

8.

SOUND, AUDIO, AND/OR SONIC PROJECTION TECHNOLOGIES,

HOLOGRAPHIC PROJECTION TECHNOLOGIES,

MICROWAVE AUDITORY EFFECT-BASED COMMUNICATION

TECHNOLOGIES, ETC.), AND OTHER ELECTROMAGNETIC

RADIATION-BASED TECHNOLOGIES WHICH COULD

BE USED TO INFLICT PAIN UPON OR INJURE SOMEONE OR TO INFLUENCE

OR CONTROL SOMEONE'S BEHAVIOR. DURING SOME

OF THIS RESEARCH, ETC., THE DEFENDANT

ENGAGED IN MANY YEARS OF WIDE-SPREAD,

SECRET/COVERT, OVER-ZEALOUS, AND TOTALLY

UNLAWFUL HUMAN EXPERIMENTATION AS WELL

AS UNLAWFUL USE OF THESE TECHNOLOGIES ON

UNWITTING, UNDESERVING, AND/OR UNCOOPERATIVE

9.

SUBJECTS/VICTIMS, INCLUDING THE PLAINTIFF AND

OTHER MEMBERS OF PLAINTIFF'S FAMILY.

6. ON JULY 21, 2003, U.S. SECRET SERVICE ASSISTANT

DIRECTOR, DONALD P. ZIMMERMAN, PROVIDED, ON

BEHALF OF THE ENTIRE U.S. SECRET SERVICE

AND AS PART OF A SEPERATE CRIMINAL CASE

(FROM 2003) IN THE U.S. DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA, A SWORN

DECLARATION, WHICH IN RELEVANT PART, DENIED

THAT THE U.S. SECRET SERVICE UTILIZES ANY

TECHNIQUE OR EQUIPMENT WHICH, THROUGH

THE USE OF ANY FORM OF ELECTROMAGNETIC

RADIATION, CAN CONTROL ANY INDIVIDUAL. THIS

DECLARATION IS PERJURED, STATES COMPLETELY

FALSE INFORMATION FOR THE PURPOSE OF DELIBERATE

DECEPTION, AND IS EVIDENCE OF EXTREME BAD-

FAITH ON THE PART OF THE DEFENDANT, WHO

IS ATTEMPTING TO AVOID BEING CAUGHT FOR THE

DECADES OF CRIMINAL MISUSE OF THESE

TECHNOLOGIES ON THE PLAINTIFF AND PAST

AND PRESENT MEMBERS OF HIS FAMILY.

7. THE PURPOSE OF USING ANY DIRECTED ENERGY

WEAPON ON ANY PERSON OR PERSONS IS TO

DELIBERATELY CAUSE THEM TO PERCEIVE SOME

11.

FORM OF PAIN OR DISCOMFORT OR TO CAUSE THEIR

BODY OR BODIES (OR A PART OF THEIR BODY OR BODIES)

TO INVOLUNTARILY OR UNCONSCIOUSLY REACT IN

SOME WAY. _ALL_ OF THESE EFFECTS EXERT

CONTROL/INFLUENCE OVER THE PERSON(S)

HIT BY THE ELECTROMAGNETIC RADIATION —

BASED EMISSIONS FROM ANY DIRECTED-ENERGY

WEAPON ("DEW").

8. IN MAY 2006, PLAINTIFF CONTACTED MR. LARRY

STEWART, A FORMER EMPLOYEE OF THE U.S.

SECRET SERVICE. AS A RESULT OF THIS CONTACT,

AS WELL AS SUBSEQUENT CONTACTS, THE

PLAINTIFF WAS ABLE TO CONCLUSIVELY CONFIRM

WITH MR. STEWART THAT THE DEFENDANT HAS

EXTENSIVELY, FOR MANY, MANY YEARS,

RESEARCHED, TESTED, AND DEPLOYED (FOR

ONGOING USE IN THE FIELD) DEWs AND OTHER,

SIMILAR AND/OR RELATED TECHNOLOGIES,

INCLUDING THE SOPHISTICATED, WALL-

PENETRATING, AUDIO AND VIDEO SURVEILLANCE

TECHNOLOGIES DESCRIBED, HEREIN IN THIS COMPLAINT IN PARAGRAPH 5.

THE CONTACTS THE PLAINTIFF HAS HAD WITH

MR. STEWART HAVE PRIMARILY BEEN

ACCOMPLISHED OVER LAWFULLY-RECORDED,

JAIL-TYPE, /PREPAID COLLECT-ONLY TELEPHONES AND

13.

THE PLAINTIFF HAS OBTAINED COPIES OF THESE RECORDED CONVERSATIONS. THESE CONVERSATIONS ARE ADMISSIBLE EVIDENCE OF THE STATEMENTS MADE IN THIS PARAGRAPH.

9. BY LETTER, DATED SEPTEMBER 1, 2006 TO THE FOIA/PA MANAGER AT THE U.S. SECRET SERVICE FOIA/PA OFFICE, THE PLAINTIFF REQUESTED COPIES OF ANY AND ALL FILES, RECORDS, DOCUMENTS, INFORMATION, PHOTOS, RESEARCH MATERIALS (INCLUDING RESULTS), AND PURCHASING AND ANY OTHER CONTRACT-RELATED INFORMATION RELATED TO OR REFERRING TO ANY U.S. SECRET SERVICE

14.

DEVELOPMENT OF, ACQUISITION OF (INCLUDING

POSSESSION OF), INSTALLATION OF, DEPLOYMENT

OF (INCLUDING USE OF), TESTING OF, RESEARCH

RELATED TO, AND/OR INVESTIGATION OR EVALUATION

OF THE CAPABILITIES, PROPERTIES, AND/OR

EFFECTS OF ANY:

1) DIRECTED ENERGY WEAPONS OR SYSTEMS

(INCLUDING ANY AND ALL PARTS OR COMPONENTS

THEREOF); AND/OR

2) DIRECTED ENERGY DEVICES OR SYSTEMS

(INCLUDING ANY AND ALL PARTS OR COMPONENTS

THEREOF); AND/OR

3) ELECTROMAGNETIC RADIATION-EMITTING

DEVICES OR SYSTEMS (INCLUDING ANY AND

ALL PARTS OR COMPONANTS THEREOF)

WHICH ARE CAPABLE OF CAUSING ANY

INJURY OR PERCEPTION OF PHYSICAL PAIN

IN ANY PERSON WHO IS HIT OR STRUCK

BY THE DEVICE'S OR SYSTEM'S EMISSIONS.

SEE ATTACHED, EXHIBIT "A," A TRUE AND

CORRECT COPY OF A HAND-COPIED LETTER WHICH

THE PLAINTIFF SENT TO THE DEFENDANT.

10.  BY LETTERS, DATED SEPTEMBER 9TH AND 29TH,

2006 THE PLAINTIFF CLARIFIED (BUT DID NOT

MODIFY) HIS PREVIOUS FOIA REQUEST, DATED

September 1, 2006. See attached, Exhibits "B" and "C," true and correct copies of hand-copied letters which the Plaintiff sent to the Defendant.

11. The Defendant, through its FOIA/PA Office, has refused or failed to respond properly to the Plaintiff's statutorily perfected request for records, etc. within the 20 day mandated time limit and that refusal or failure to respond properly acts as a statutorily defined exhaustion of the Plaintiff's applicable

ADMINISTRATIVE REMEDIES. SEE 5 U.S.C.

§ 552 (a)(6)(C)(i), ~~EXHIBITS ESTATE~~ AND

EXHIBIT "D," A TRUE AND CORRECT COPY OF

THE DEFENDANT'S INADEQUATE RESPONSE

(SEE MARTINEZ V. FBI, 3 GOV'T DISCLOSURE

SERV. (P-H) ¶ 83,005, AT 83,435 (D.D.C.

DEC. 1ST, 1982; FOIA UPDATE, VOL. XIII, No. 3,

AT 5)

12. PLAINTIFF HAS A STATUTORY RIGHT TO THE

RECORDS HE SEEKS, PLAINTIFF MADE A

STATUTORILY PERFECTED FOIA REQUEST, AND

THE DEFENDANT IS ILLEGALLY REFUSING TO

DISCLOSE THOSE RECORDS, ETC. TO THE PLAINTIFF.

WHEREFORE, PLAINTIFF REQUESTS THAT THIS

COURT:

(1) DECLARE THAT DEFENDANT'S REFUSAL TO

DISCLOSE THE RECORDS, ETC. REQUESTED

BY PLAINTIFF IS UNLAWFUL;

(2) ORDER DEFENDANT TO MAKE THE REQUESTED

RECORDS AVAILABLE TO PLAINTIFF;

(3) AWARD THE PLAINTIFF HIS REASONABLE ATTORNEY'S

FEES AND COSTS IN THIS ACTION AS PROVIDED

BY 5 U.S.C. § 552 (a)(4)(E); ~~illegible~~

19.

AND

(4)  GRANT SUCH OTHER AND FURTHER RELIEF AS

THIS COURT MAY DEEM JUST AND PROPER.

RESPECTFULLY SUBMITTED,

DATED: OCT. 11, 2006

DONALD FRIEDMAN
PLAINTIFF PRO SE

20.

EXHIBIT "A"

FOIA/PA MANAGER
U.S. SECRET SERVICE
950 H STREET, NW
SUITE 3000
WASHINGTON, DC 20223

DEAR SIR OR MS.:

THIS REQUEST IS MADE PURSUANT TO THE FREEDOM
OF INFORMATION ACT, 5 U.S.C. §552.

PLEASE IMMEDIATELY PROVIDE ME WITH COPIES OF
ANY AND ALL FILES, RECORDS, DOCUMENTS, INFORMATION,
PHOTOS, RESEARCH MATERIALS (INCL. RESULTS), AND
PURCHASING AND ANY OTHER CONTRACT-RELATED
INFORMATION RELATED TO OR REFERRING TO ANY
U.S. SECRET SERVICE DEVELOPMENT OF, ACQUISITION OF,
INSTALLATION OF, DEPLOYMENT OF, TESTING OF, RESEARCH
RELATED TO, AND/OR INVESTIGATION OR EVALUATION OF
THE CAPABILITIES, PROPERTIES, AND/OR EFFECTS OF ANY:

    1) DIRECTED ENERGY WEAPONS OR SYSTEMS (INCL.
      ANY AND ALL PARTS OR COMPONANTS THEREOF);
      AND/OR

06 2124

**FILED**

DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1.

2) DIRECTED ENERGY DEVICES OR SYSTEMS (INCL. ANY AND ALL PARTS OR COMPONANTS THEREOF); AND/OR

3) ELECTROMAGNETIC RADIATION – EMITTING DEVICES OR SYSTEMS (INCL. ANY AND ALL PARTS OR COMPONANTS THEREOF) WHICH ARE CAPABLE OF CAUSING ANY INJURY OR PERCEPTION OF PHYSICAL PAIN IN ANY PERSON WHO IS HIT OR STRUCK BY THE DEVICE'S OR SYSTEM'S EMISSIONS.

PLEASE SEARCH ALL PROTECTIVE RESEARCH, PROTECTIVE OPERATIONS, AND PURCHASING RELATED RECORDS, DOCUMENTS, FILES, INFORMATION, COMPUTER DATA, ETC., IN ALL RELATED LOCATIONS, LABORATORIES, AND OFFICES FOR RECORDS, ETC. RESPONSIVE TO THIS REQUEST.

I AGREE TO PAY UP TO $25.00 FOR FEES RELATED TO THIS REQUEST.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS REQUEST.

2.

EXHIBIT "B"

September 9, 2006

FOIA/PA MANAGER
U.S. SECRET SERVICE
950 H STREET, NW
SUITE 3000
WASHINGTON, DC 20223

RE: PREVIOUS FOIA REQUEST DATED
    SEPTEMBER 1, 2006

DEAR SIR OR MS.:

THIS LETTER IS TO HELP YOU WITH A PREVIOUS
FOIA REQUEST I MADE, DATED SEPTEMBER 1,
2006. IN THAT REQUEST I ASKED FOR, AMONG
OTHER THINGS, ALL RECORDS, ETC. WHICH RELATE
OR REFER TO "DIRECTED ENERGY WEAPONS AND/OR
SYSTEMS."

I WANTED TO DEFINE "DIRECTED ENERGY WEAPONS
AND/OR SYSTEMS" (TO AVOID ANY miscommunications or MISUNDERSTANDING(S))
AS ANY DEVICE(S) WHICH USE ANY DIRECTED,
BEAMED, OR PULSED EMISSION OF ELECTROMAGNETIC
RADIATION AND/OR ENERGY (WHICH IS COMPRISED OF
ANY SOUND, INFRASOUND, INFRASONIC, LIGHT, INFRARED,
ULTRAVIOLET, HEAT, MILLIMETER-WAVE, OR

1.

**FILED**

DEC 1 4 2006

06 2124

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICROWAVE RADIATION AND/OR ENERGY), WHICH IS
CAPABLE OF ANY OF THE FOLLOWING:

1) CAUSING PAIN, INJURY, DISABILITY, DISCOMFORT,
   INCAPACITATION, OR DISORIENTATION; AND/OR

2) INDUCING SLEEP; AND/OR

3) STUNNING; AND/OR

4) CAUSING NAUSEA OR SEIZURE; AND/OR

5) DECREASING SPONTANEOUS ACTIVITY; AND/OR

6) AFFECTING, MODIFYING, INFLUENCING, OR
   CONTROLLING ANY ACTIVITY, BEHAVIOR, OR
   BODILY FUNCTIONS; AND/OR

7) CAUSING ANY OTHER ADVERSE EFFECT ON
   ANY PART OR SYSTEM OF THE HUMAN BODY.

THANK YOU FOR YOUR ASSISTANCE AND YOUR PROMPT
ATTENTION TO THIS MATTER.

SINCERELY,

DONALD FRIEDMAN
CONFIDENTIAL LEGAL CORRESPONDENCE
1125 THIRD STREET
NAPA, CA 94559-3015

EXHIBIT "C"

FOIA/PA MANAGER
U.S. SECRET SERVICE
950 H STREET, NW
SUITE 3000
WASHINGTON, DC 20223

Re: PREVIOUS FOIA REQUEST REGARDING DIRECTED
     ENERGY WEAPONS, ETC.

DEAR SIR OR MS.:

THIS LETTER IS TO CLARIFY BUT NOT MODIFY MY
PREVIOUS FOIA REQUEST DATED SEPTEMBER 1, 2006
FOR ANY AND ALL FILES, RECORDS, ETC. RELATED
OR REFERRING TO ANY U.S. SECRET SERVICE
DEVELOPMENT OF, ACQUISITION OF, INSTALLATION OF,
DEPLOYMENT OF, TESTING OF, RESEARCH RELATED
TO, AND/OR INVESTIGATION OR EVALUATION OF THE
CAPABILITIES, PROPERTIES, AND/OR EFFECTS OF ANY
DIRECTED ENERGY WEAPONS OR SYSTEMS, ETC.

IN THE DESCRIPTION OF WHAT I AM REQUESTING,
"DEPLOYMENT OF" INCLUDES "USE OF" ANY DIRECTED
ENERGY WEAPONS OR SYSTEMS, ETC. SINCE ANY USE
OF ANY DIRECTED ENERGY WEAPONS OR DEVICES OR

1.

06 2124

**FILED**
DEC 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANY OF THE OTHER DEVICES DESCRIBED IN MY
ORIGINAL REQUEST WOULD ALSO REQUIRE THE
DEPLOYMENT OF THOSE DEVICES.

ALSO, I SPECIFICALLY REQUESTED THAT ALL PROTECTIVE
RESEARCH, PROTECTIVE OPERATIONS, AND PURCHASING
RELATED RECORDS, ETC. IN ALL RELATED LOCATIONS,
ETC. BE SEARCHED FOR RECORDS RESPONSIVE TO MY
REQUEST. THEREFORE, ALL SPECIAL OR LIMITED ACCESS
PROGRAMS, AREAS, LOCATIONS, LABS, ETC. WITHIN
PROTECTIVE RESEARCH, ETC. <u>MUST</u> ALSO BE SEARCHED
SINCE MOST, IF NOT ALL, OF THE RECORDS BEING
REQUESTED ARE PROBABLY CONSIDERED SENSITIVE OR
HIGHLY CONFIDENTIAL, AND ARE <sup>THEREFORE PROBABLY</sup> SPECIAL ACCESS ONLY.

PLEASE ALSO CONSIDER MY ORIGINAL REQUEST UNDER
BOTH THE FOIA AND THE PRIVACY ACT.

THANK YOU.

SINCERELY,

DONALD FRIEDMAN
CONFIDENTIAL LEGAL CORRESPONDENCE
1125 THIRD STREET
NAPA, CA 94559-3015

2.

EXHIBIT "D"



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

Donald Friedman
Confidential Legal Correspondence
1125 Third Street
Napa, CA  94559-3015

OCT  2  2006

File Number:   20060535

Dear Requester:

This letter is intended to acknowledge the receipt of your recent Freedom of Information/Privacy Acts request received by the United States Secret Service on September 18, 2006, for information pertaining to electronic radiation.

A search for files responsive to your request is being conducted.  When the results of the search are known, you will be notified.

Please use the file number indicated above in all future correspondence with this office.

We solicit your cooperation and assure you that the search will be conducted as expeditiously as possible.

Sincerely,

Kathy J. Lyerly
Special Agent In Charge
Freedom of Information &
Privacy Acts Officer

06 2124

**FILED**

DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**People vs Donald Max Friedman**
**United States District Court for the District of Columbia Case No.:** _____

# PROOF OF SERVICE

I, declare that I am employed in the County of Napa, State of California. I am over the age of eighteen. My business address in 1325 Imola Ave. West # 427, Napa, California 94559.

I am a licensed Private Investigator in the state of California, # **PI 19702**.
I am a registered Process Server in the County of Napa, CA Reg. # **S-2802**.

On 13-October-2006, I mailed from Napa, CA: the following document:

**1) Complaint for Declaratory & injunctive Relief under 5 U.S.C. § (FOIA)**

I served the documents by enclosing them in an envelope and depositing the envelope with the United States Postal Service with the postage fully prepaid.

The envelope was addressed and mailed as follows;
Court Clerk's Office
US District Court
333 Constitution Ave NW
Washington, DC 20001

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 13-October-2006

**KENNETH J. GAUDET,**
**Investigator, CDO Investigations**

06-2124
RWR

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Donald Friedman

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro SE PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 2005 03494

## DEFENDANTS

U.S. Secret Service

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

CASE NUMBER   1:06CV02124

JUDGE: Richard W. Roberts

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/14/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZEN
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

③

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- (1) Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ Multi district Litigation
- ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 - FOIA -

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ ○   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☒ YES ☐ NO   If yes, please complete related case form.

DATE 12.14.06   SIGNATURE OF ATTORNEY OF RECORD   MLD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd