Donald Friedman, 2005-2494
c/o Napa County Jail
1125 Third Street
Napa, CA 94559-3015
Plaintiff Pro Se

**FILED**

DEC 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the United States District Court
for the District of Columbia

06 2124

| | |
|---|---|
| Donald Friedman, Plaintiff, | Case No.: Unknown |
| v. | Motion to Dismiss, Without Prejudice, Action Filed on Approx. October 7th, 2006 |
| U.S. Secret Service, Defendant. | |

1. The Plaintiff, Donald Friedman, respectfully moves for this court to dismiss, without prejudice, the above-captioned case.

Respectfully submitted,

Dated: October 11, 2006

Donald Friedman
Plaintiff Pro Se

5

<u>People vs Donald Max Friedman</u>
<u>United States District Court for the District of Columbia Case No.:</u>

# PROOF OF SERVICE

I, declare that I am employed in the County of Napa, State of California. I am over the age of eighteen. My business address in 1325 Imola Ave. West # 427, Napa, California 94559.

I am a licensed Private Investigator in the state of California, # **PI 19702**.
I am a registered Process Server in the County of Napa, CA Reg. # **S-2802**.

On 13-October-2006, I mailed from Napa, CA: the following documents:

**1) Motion to Dismiss Action Without Prejudice Action filed on Approx. 7-Oct-2006**

I served the documents by enclosing them in an envelope and depositing the envelope with the United States Postal Service with the postage fully prepaid.

The envelope was addressed and mailed as follows;

| | |
|---|---|
| Court Clerk | US Attorney's Office Civil Division |
| US District Court | 555 4th NW |
| Room 1225 | Room E-4822 |
| 333 Constitution Ave NW | Washington, DC 20530 |
| Washington, DC 20001 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 13-October-2006

KENNETH J. GAUDET,
Investigator, CDO Investigations