UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN,<br><br>                  Plaintiff,<br><br>   v.<br><br>UNITED STATES SECRET SERVICE,<br><br>                  Defendant. | Civil Action No. 06-2124 (RWR) |

**ORDER**

It is hereby

ORDERED that plaintiff's "Motion to Dismiss, <u>Without</u> Prejudice, Action Filed on Approx. October 7, 2006" [Dkt. #5] is GRANTED. It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE under Rule 41(a) of the Federal Rules of Civil Procedure.

SO ORDERED.

SIGNED this 12th day of January 2007.

                                                                                 /s/
                                           RICHARD W. ROBERTS
                                           United States District Judge