UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DONALD M. FRIEDMAN<br><br>    Plaintiff<br>v.<br><br>U.S. SECRET SERVICE<br><br>    Defendant. | )<br>)<br>)<br>)  Civil Action No.: 06-2124 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　(202) 514-7157
　　　　　　　　　　　　　　　kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of July, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Donald M. Friedman**, by mail postage pre-paid and addressed as follows:

DONALD M. FRIEDMAN
No. 200503494
1125 Third Street
Napa, CA 94559-3015

                                                /s/
                                       KENNETH ADEBONOJO
                                       Assistant United States Attorney
                                       555 4th St., N.W.
                                       Washington, D.C. 20530
                                       (202) 514-7157
                                       kenneth.adebonojo@usdoj.gov